IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| RICK L. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 140338C |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered on September 28, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On September 1, 2015, the court issued an Order in the above-captioned matter instructing Plaintiff to file a written status report within 14 days. The Order advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiff's appeal.

The deadline for Plaintiff to file his status report fell on September 15, 2015. That deadline has passed, and the court has not received Plaintiff's status report or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this case is reactivated.

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 140338C                                                                1

IT IS FURTHER DECIDED that this case is dismissed.

Dated this ___ day of October 2015.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on October 15, 2015*